UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| GREGORY AND KATHRYN HARRIMAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:13-cv-00450-JAW |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on February 14, 2014 his Recommended Decision (ECF No. 10). The Plaintiffs filed their objections to the Recommended Decision on February 28, 2014 (ECF No. 11) and the Defendant filed its response to those objections on March 5, 2014 (ECF No. 12). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Defendant's Motion to Dismiss (ECF No. 7) be and hereby is <u>GRANTED</u> as Plaintiffs' claim is barred by the doctrine of *res judicata*.

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2014